IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALICIA McDANIEL FORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv146-MHT |
| | ) | (WO) |
| PIKE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Plaintiff Alicia McDaniel Ford filed an amended complaint for the purpose of correcting the name of the defendant.  *See* Amended Complaint Naming Proper Party Defendant (doc. no. 9).  The amended complaint did not reallege all allegations of the complaint.  It also changed the name of the plaintiff, but offered no explanation why, leaving the court unsure as to whether the change was intentional.

Local Rule 15.1 provides, *inter alia*:

> "Any amendment to a pleading, document or other papers, whether filed as a matter of course or upon a motion to amend, must, except by leave of Court, reproduce the entire pleading, document or other papers as amended, and may

not incorporate any prior pleading, document or other papers by reference."

M.D. Ala. LR 15.1.  Plaintiff's amended complaint does not comply with the local rule.  The court concludes that the plaintiff should file an amended complaint in compliance with the local rule.

***

Accordingly, it is ORDERED that plaintiff shall have leave of court to file an amended complaint in compliance with the Local Rule 15.1 within 14 days of the date of this order.

DONE, this the 7th day of June, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE